IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: MARY L. ANDERSON | ) |
| | ) |
| BAC Home Loans Servicing, L.P. fka | ) |
| Countrywide Home Loans Servicing, L.P., | ) |
|     Creditor, | ) |
| | ) |
|   vs. | ) CASE NO. 09B02008 |
| | ) JUDGE Eugene R. Wedoff |
| MARY L. ANDERSON, | ) |
|     Debtor | ) |

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P., by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The Debtor is due for the June 2010 contractual payment and all those thereafter.

2. The following is an itemization of the amounts due on the loan as of June 2, 2010:

    a. Attorney's Fees:                                  $250.00

    b. Payments(6/10 & 7/10): 2 @ $1,289.09         $2,578.18

If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. rights to collect these amounts will be unaffected.

                                          Respectfully Submitted,
                                          BAC Home Loans Servicing, L.P. fka
                                          Countrywide Home Loans Servicing, L.P.

                                          /s/Lydia Y. Siu
                                          Lydia Y. Siu
                                          ARDC#6288604

                                          Pierce and Associates, P.C.
                                          1 North Dearborn
                                          Suite 1300
                                          Chicago, Illinois 60602
                                          (312)346-9088